# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| KELLI D. LARSEN | ) |
| Plaintiff, | ) |
| v. | ) Case No.: _____ |
| CITIMORTGAGE, INC., | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL OF ACTION

Pursuant to Sections 1441(a) and 1331 of Title 28 of the United States Code, Defendant, CITIMORTGAGE, INC. ("CMI"), hereby removes the action entitled *Kelli D. Larsen v. CitiMortgage, Inc.*, filed in the Sixth Judicial Circuit Court in and for Pinellas County, Florida, Case No. 13-007172-CI (the "Action"), to the United States District Court for the Middle District of Florida, Tampa Division, on the following grounds:

1. On July 10, 2013, Plaintiff, Kelli D. Larsen ("Plaintiff"), filed her Complaint, which was served on CMI on July 16, 2013. A true and correct copy of the Summons and Complaint are attached hereto as Composite Exhibit A.

2. CMI has timely filed this Notice of Removal within thirty days of receipt of the Complaint. *See* 28 U.S.C. § 1446(b).

3. The Action may be removed to this Court pursuant to 28 U.S.C. Section 1441(a), which states, "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant

1

or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

4. This Court has original subject matter jurisdiction of this Action pursuant to 28 U.S.C Section 1331 based upon federal questions cited in the Plaintiff's Complaint. Specifically, Count IV of Plaintiff's Complaint makes a claim under the Telephone Consumer Protections Act ("TCPA"), 47 U.S.C. § 227(b)(1)(A). To the extent any other claims in the Action may arise under state law, supplemental jurisdiction over such claims exists pursuant to 28 U.S.C. Sections 1367 and 1441(c).

5. This Court is the proper district court for removal because Pinellas County is located within the Middle District of Florida, Tampa Division.

6. CMI is simultaneously filing a copy of this Notice of Removal with the state court in the Action. CMI will serve Plaintiff with copies of this Notice of Removal. True and correct copies of all pleadings, process, and orders served upon CMI in the Action—other than discovery not required to be filed in Federal Court—are attached as Composite Exhibit "A."

7. By virtue of this Notice of Removal, CMI does not waive its right to assert any personal jurisdictional claim or other motions including Rule 12 motions and/or motions to compel arbitration permitted by the Federal Rules of Civil Procedure. Pursuant to Federal Rules of Civil Procedure 81(c) and 6, CMI will file a response to the Complaint within the time proscribed by said rules or in accord with any extensions granted.

_[signature]_

Louis M. Ursini, III, Esq.
Florida Bar No.: 00355940
email: louis.ursini@arlaw.com
LEAD ATTORNEY

Christopher A. Roach, Esq.
Florida Bar No.: 0049033
email: chris.roach@arlaw.com

ADAMS AND REESE LLP
101 E. Kennedy Blvd., Ste. 4000
Tampa, FL 33602
Telephone: 813-402-2880
Fax: 813-402-2887
*Counsel for Defendant CitiMortgage, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 5, 2013, a true and correct copy of the following has been furnished via electronic mail and U.S. Mail to:

Brian M. Hoag, Esq.
Boss Arrighi & Hoag, P.L.
9800 Fourth Street North, Suite 402
St. Petersburg, Florida 33702
Service Email: cpservice@protectyourfuture.com
Email: bhoag@protectyourfuture.com
*Counsel for Plaintiffs*

_[signature]_

Christopher A. Roach, Esq.
Florida Bar No.: 0049033