# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

KELLI D. LARSEN,

    Plaintiff,

vs.                                                CASE NO.: 8:13-cv-2021-T-30TGW

CITIMORTGAGE, INC.,

    Defendant.

_____/

## PLAINTIFF AND DEFENDANT'S NOTICE OF SETTLEMENT

**COMES NOW**, Plaintiff, KELLI D. LARSEN, and Defendant, CITIMORTGAGE, INC., by and through their undersigned counsel, and pursuant to Local Rule 3.08(a), hereby file this Notice of Settlement, and states that Plaintiff and Defendant have come to an amicable settlement agreement.

Date: **March 20, 2014**

| | |
|---|---|
| /s/ *Christopher A. Roach* | /s/ *Brian Michael Hoag* |
| Christopher A. Roach | Brian Michael Hoag |
| Florida Bar No. 49033 | Florida Bar No. 12339 |
| Email: chris.roach@arlaw.com | Email: bhoag@protectyourfuture.com |
| ADAMS AND REESE, LLP | BOSS, ARRIGHI & HOAG, P.L. |
| 101 Kennedy Blvd., Suite 4000 | 9800 Fourth Street North, Suite 402 |
| Tampa, Florida 33602 | St. Petersburg, Florida 33702 |
| Telephone: (813) 227-5531 | Telephone: (727) 471-0039 |
| Facsimile: : (813) 227-5631 | Facsimile: (727) 471-1206 |
| | |
| *Trial Counsel for Defendant,* | *Trial Counsel for Plaintiff,* |
| *CITIMORTAGE, INC.* | *KELLI D. LARSEN* |

*Certificate of Service is on the following page.*

## CERTIFICATE OF SERVICE

I certify that on **March 20, 2014**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

/s/ *Brian M. Hoag*
Attorney