UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KELLI D. LARSEN,

    Plaintiff,

vs.                              CASE NO.:8:13-cv-2021-T-30TGW

CITIMORTGAGE, INC.,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, KELLI D. LARSEN, by and through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., gives notice of her voluntary dismissal **with prejudice** of her claim in the above-styled action.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 30, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                          Boss, Arrighi & Hoag, P.L.

                                          /s/ *Brian M. Hoag*
                                          **Brian M. Hoag,** Fla. Bar No.: 12339
                                          Attorney for Plaintiff, Kelli Larsen
                                          Email: cpservice@protectyourfuture.com
                                          Secondary Email:
                                          bhoag@protectyourfuture.com
                                          9800 4th Street North, Suite 402
                                          St. Petersburg, Florida 33702
                                          Phone: (727) 471-0039/(888) 503-2182(Fax)

---

This motion/petition/stipulation has been duly considered and is hereby GRANTED this 14 day of MAY, 2014.

_____
JAMES S. MOODY, JR.
U.S. DISTRICT JUDGE